RECEIVED
IN LAKE CHARLES, LA.
JUL 07 2015
TONY R. MOORE, CLERK
BY_____ DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | | |
|---|---|---|
| ALVIN P. REED, ET AL., | * | CIVIL ACTION NO. 2:14-cv-2598 |
| Plaintiffs, | * | |
| v. | * | JUDGE MINALDI |
| INTERNATIONAL PAPER COMPANY, ET AL., | * | |
| Defendants. | * | MAGISTRATE JUDGE KAY |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## ORDER

Considering International Paper Company's Motion to Strike Plaintiffs' Objection to Report and Recommendation Denying Plaintiffs' Motion to Remand and Granting *Sua Sponte* Dismissal of the LDEQ [Doc. 20], to which the plaintiffs have filed a Response [Doc. 24], to which International Paper Company has filed a Reply [Doc. 25],

**IT IS ORDERED** that International Paper Company's Motion [Doc. 20] be and hereby is **GRANTED**.

Additionally, for the reasons stated in the Report and Recommendation [Doc. 17] and Memorandum Ruling [Doc. 16] of the Magistrate Judge previously filed herein, after an independent review of the record, a *de novo* determination of the issues, and having determined that the findings are correct under applicable law,

**IT IS ORDERED** that the plaintiffs' claims against LDEQ be and hereby are **DISMISSED, WITH PREJUDICE.**

Lake Charles, Louisiana, this 2 day of July, 2015.

PATRICIA MINALDI
UNITED STATES DISTRICT JUDGE